

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2015

No. 04-15-00076-CV

**IN THE INTEREST OF R.E.Y., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02744
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The notice of appeal was filed in this accelerated appeal on February 12, 2015. This court must dispose of this appeal no later than 180 days after the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6.

The reporter's record in this appeal consists of four volumes from hearings held on four separate dates. The final volume of the reporter's record was filed on May 14, 2015, and appellant's brief was due to be filed on June 3, 2015.

On June 8, 2015, appellant's attorney filed a "Motion for Filing of Exhibits, Motion to Abate, Recalculate Due Dates, and/or Remand for New Trial," asserting no exhibits were filed with the reporter's records. Having reviewed the reporter's records, this court has determined that the only volume making reference to exhibits is the reporter's record filed on April 28, 2015, by Ms. Herminia Torres. We further note the clerk's record contains a receipt documenting that Ms. Torres was in possession of the exhibits which she filed with the district clerk's office. Accordingly, appellant's motion is GRANTED IN PART.

It is ORDERED that Ms. Herminia Torres prepare a supplemental reporter's record containing the exhibits no later than five days from the date of this order. It is FURTHER ORDERED that if appellant's attorney believes additional exhibits are missing from the appellate record, appellant's attorney must file written notice in this court no later than five days from the date of this order specifically listing the additional exhibits he believes are missing.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2015.



_____
Keith E. Hottle
Clerk of Court